444 P.2d 776

**Fred J. VALDEZ, Respondent,**

v.

**Fabian GARCIA, Jr., Petitioner.**

**No. 8736.**

Supreme Court of New Mexico.

Sept. 18, 1968.

CHAVEZ, Chief Justice, and NOBLE, MOISE and CARMODY, Justices, concurring; COMPTON, Justice, being absent and not participating.

Ordered that Petition for Writ of Certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals, 79 N.M. 500, 445 P.2d 103, be and the same is hereby returned to the Clerk of the Court of Appeals.

444 P.2d 776

**Jerry NOLL, Petitioner,**

v.

**J. E. BAKER, Warden of the New Mexico State Penitentiary and Bennie Naranjo, Sheriff of Rio Arriba County, Respondents.**

**No. 8737.**

Supreme Court of New Mexico.

Sept. 19, 1968.

CHAVEZ, Chief Justice and NOBLE and CARMODY, Justices, concurring; MOISE and COMPTON, Justices, being absent and not participating.

Ordered that the writ of habeas corpus issued herein on September 17, 1968, be and the same is hereby quashed as to J. E. Baker, Warden.

Further ordered that the Writ of Habeas Corpus issued herein be and the same is hereby made permanent in all other respects.